UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WEST 125TH STREET LIQUORS | § | Case No. 15-13010 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Albert Togut, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 96,548.51 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 527,661.36 | |

3) Total gross receipts of $ 624,209.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 624,209.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 536,647.97 | 526,220.24 | 526,220.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 16,516.62 | 1,441.12 | 1,441.12 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 30,588.50 | 29,183.48 | 29,183.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,117,819.70 | 556,819.70 | 67,365.03 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 7,701,572.79 | $ 1,113,664.54 | $ 624,209.87 |

4) This case was originally filed under chapter 11 on 11/10/2015, and it was converted to chapter 7 on 12/15/2015. The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2021    By:/s/Albert Togut, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1229-000 | 698.66 |
| NYC MARSHALL RECOVERY | 1229-000 | 1,850.12 |
| CITIBANK BANK ACCOUNT | 1229-000 | 3,593.09 |
| INVENTORY | 1229-000 | 65,000.00 |
| REFUND | 1229-000 | 68.00 |
| FRAUDULENT CONVEYANCES | 1241-000 | 553,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 624,209.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ALBERT TOGUT, TRUSTEE | 2100-000 | NA | 34,460.49 | 34,460.49 | 34,460.49 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 699.95 | 699.95 | 699.95 |
| CONSOLIDATED EDISON COMPANY OF NEW | 2420-000 | NA | 1,905.12 | 1,905.12 | 1,905.12 |
| AUTHORITY, NYS LIQUOR | 2500-000 | NA | 36.00 | 36.00 | 36.00 |
| Union Bank | 2600-000 | NA | 8,578.23 | 8,578.23 | 8,578.23 |
| CLERK, US BANKRUPTCY COURT SDNY | 2700-000 | NA | 8,050.00 | 8,050.00 | 8,050.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| JP MORGAN CHASE BANK, N.A. | 2990-000 | NA | 250.63 | 250.63 | 250.63 |
| KAPLAN LEAMAN & WOLFE COURT REPORTE | 2990-000 | NA | 459.75 | 459.75 | 459.75 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):TOGUT, SEGAL & SEGAL LLP | 3110-000 | NA | 304,561.50 | 304,561.50 | 304,561.50 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):TOGUT, SEGAL & SEGAL LLP | 3120-000 | NA | 14,890.80 | 14,890.80 | 14,890.80 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):PLOTZKER & AGARWAL CPAS, LLC | 3310-000 | NA | 153,909.83 | 143,869.95 | 143,869.95 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):PLOTZKER & AGARWAL CPAS, LLC | 3320-000 | NA | 5,945.67 | 5,557.82 | 5,557.82 |
| APPRAISER FOR TRUSTEE FEES:MALTZ AUCTIONS, INC. | 3711-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 536,647.97 | $ 526,220.24 | $ 526,220.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATI | 6820-000 | NA | 16,516.62 | 1,441.12 | 1,441.12 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 16,516.62 | $ 1,441.12 | $ 1,441.12 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | NYC DEPARTMENT OF FINANCE | 5800-000 | NA | 3,149.34 | 3,149.34 | 3,149.34 |
| 000002A | NYS DEPT OF TAX & FINANCE | 5800-000 | NA | 27,439.16 | 26,034.14 | 26,034.14 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 30,588.50 | $ 29,183.48 | $ 29,183.48 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | 560 WEST 125 LLC | 7100-000 | NA | 1,095,370.54 | 175,370.54 | 21,216.64 |
| 000001 | CONSOLIDATED EDISON COMPANY OF NEW | 7100-000 | NA | 1,907.59 | 1,907.59 | 230.78 |
| 000005 | EMPIRE MERCHANTS LLC | 7100-000 | NA | 5,836.04 | 5,836.04 | 706.06 |
| 000008 | GERALD LEIBMAN | 7100-000 | NA | 3,435,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | MYW HOLDINGS LLC | 7100-000 | NA | 2,206,000.00 | 0.00 | 0.00 |
| 000002B | NYS DEPT OF TAX & FINANCE | 7100-000 | NA | 2,477.09 | 2,477.09 | 299.68 |
| 000007 | SOUTHERN GLAZER'S WINE AND SPIRITS | 7100-000 | NA | 48,228.44 | 48,228.44 | 5,834.76 |
|  | TINEO, JOSE A. | 7100-000 | NA | 162,000.00 | 162,000.00 | 19,599.05 |
|  | GONZALEZ, JESUS M. | 7100-001 | NA | 161,000.00 | 161,000.00 | 19,478.06 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ NA | $ 7,117,819.70 | $ 556,819.70 | $ 67,365.03 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-13010 | DSJ | Judge: DAVID S. JONES | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | | | Date Filed (f) or Converted (c): | 12/15/15 (c) |
| | | | | 341(a) Meeting Date: | 12/17/15 |
| For Period Ending: | 11/03/21 | | | Claims Bar Date: | 01/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND (u) | 0.00 | 698.66 | | 698.66 | FA |
| 2. NYC MARSHALL RECOVERY (u) | 0.00 | 1,850.12 | | 1,850.12 | FA |
| 3. CITIBANK BANK ACCOUNT (u) | 0.00 | 3,593.09 | | 3,593.09 | FA |
| 4. INVENTORY (u) | 0.00 | 65,000.00 | | 65,000.00 | FA |
| 5. REFUND (u) | 0.00 | 0.00 | | 68.00 | FA |
| 6. FRAUDULENT CONVEYANCES (u) | 0.00 | 553,000.00 | | 553,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $624,141.87 | | $624,209.87 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE TOOK POSSESSION OF THE DEBTOR'S BUSINESS PREMISES, CASH ON HAND AND RECORDS ON THE DATE OF HIS APPOINTMENT.
THE TRUSTEE SOLD THE DEBTOR'S INVENTORY OF ALCOHOLIC BEVERAGES, FURNITURE, FIXTURES AND EQUIPMENT FOR $65,000 PURSUANT
TO AN ORDER DATED MARCH 8, 2016.  AS PART OF THAT TRANSACTION, THE TRUSTEE NEGOTIATED THE WAIVER OF ADMINISTRATIVE
CLAIMS OF APPROXIMATELY $30,000 IN FAVOR OF THE DEBTOR'S LANDLORD.  THE COURT "SO ORDERED" THE TRUSTEE'S STIPULATIONS
PURSUANT TO WHICH THE BLANKET LIENS ASSERTED BY JESUS GONZALEZ AND JOSE TINEO AGAINST THE DEBTOR'S ASSETS WERE
WITHDRAWN.  THE TRUSTEE CONDUCTED AN INVESTIGATION OF THE DEBTOR'S FINANCIAL AFFAIRS AND COMMENCED 23 ADVERSARY
PROCEEDINGS TO AVOID AND RECOVER FRAUDULENT CONVEYANCES AGAINST MULTIPLE TRANSFEREES.  THE TRUSTEE OBTAINED ENTRY OF 8
DEFAULT JUDGMENTS FOR A TOTAL OF APPROXIMATELY $1.1M, AND HE SOUGHT COLLECTION ON ACCOUNT OF THOSE JUDGMENTS WITH THE
ASSISTANCE OF ATWELL, CURTIS & BROOKS, WHICH WAS RETAINED PURSUANT TO AN ORDER DATED JUNE 5, 2018.  THE TRUSTEE OBTAINED
A JUDGMENT AFTER TRIAL IN ADV. PRO. NO. 17-1207 (SMB) IN THE AMOUNT OF $140,800, AND THE DEFENDANT IN THAT ADVERSARY
PROCEEDING APPEALED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.  THE DISCRICT COURT
AFFIRMED THE BANKRUPTCY COURT'S JUDGMENT, BUT THE DEFENDANT APPEARS UNABLE TO SATISFY THE JUDGMENT THAT WAS ENTERED

LFORM1                                                                                                                                                                                                              Ver: 22.03e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-13010    DSJ    Judge: DAVID S. JONES | Trustee Name:    Albert Togut, Trustee |
| Case Name: | WEST 125TH STREET LIQUORS | Date Filed (f) or Converted (c):    12/15/15 (c) |
| | | 341(a) Meeting Date:    12/17/15 |
| | | Claims Bar Date:    01/12/18 |

AGAINST HER.  THE TRUSTEE HAS SETTLED ALL OF THE OTHER ADVERSARY PROCEEDINGS IN THIS CASE PURSUANT TO ORDERS OF THE COURT AND PURSUANT TO WHICH THE TRUSTEE HAS COLLECTED $553,000.  THE TRUSTEE NEGOTIATED A SETTLEMENT OF HIS OBJECTION TO THE PROOF OF CLAIM FILED BY THE DEBTOR'S LANDLORD, AND THAT CLAIM WAS REDUCED FROM $1,095,370.54 TO $175,370.54 PURSUANT TO AN ORDER DATED APRIL 27, 2020.  THE TRUSTEE ALSO REDUCED THE CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM FILED BY NEW YORK STATE BY APPROXIMATELY $15,000, AS EVIDENCED BY NEW YORK STATE'S AMENDED CLAIM FILED ON OCTOBER 6, 2020.  THIS ESTATE IS READY TO BE CLOSED.

Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 02/10/21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 15-13010 -DSJ | | Trustee Name: | Albert Togut, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | WEST 125TH STREET LIQUORS | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******0775 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5488 | | | |
| For Period Ending: | 11/03/21 | | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/17/15 | 1 | CHASE CASHIER'S CHECK | CASH FROM DEBTOR'S CASH REGISTER | 1229-000 | 674.66 | | 674.66 |
| 12/24/15 | 1 | CHASE - CASHIER'S CHECK | CASH FROM DEBTOR'S CASH REGISTER | 1229-000 | 24.00 | | 698.66 |
| 02/10/16 | 2 | JEFFREY S. ROSE, CITY MARSHAL | RECOVERY FROM NYC MARSHAL RITE CHECK V. DEBTOR | 1229-000 | 1,850.12 | | 2,548.78 |
| 02/11/16 | 4 | 5203 CA LIQUORS INC | 10% DEPOSIT FROM 5203 CA LIQUORS FOR PURCHASE OF INVENTORY & FF&E | 1229-000 | 6,500.00 | | 9,048.78 |
| 02/11/16 | 001001 | NYS LIQUOR AUTHORITY | APPLICATION FEE FOR NYSLA LIQUIDATORS PERMIT | 2500-000 | | 36.00 | 9,012.78 |
| 02/23/16 | 5 | CHASE | CHASE REFUND | 1229-000 | 68.00 | | 9,080.78 |
| 03/18/16 | 3 | CITIBANK | CITIBANK BANK ACCOUNT BALANCE | 1229-000 | 3,593.09 | | 12,673.87 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 12,658.87 |
| 03/30/16 | 4 | BANK OF AMERICA | BALANCE OF PURCHASE PRICE PER 3/8/16 SALE ORDER | 1229-000 | 58,500.00 | | 71,158.87 |
| 04/06/16 | 001002 | MALTZ AUCTIONS, INC. | PAYMENT OF APPRAISER FEE PER ORDER DATED JANUARY 25, 2016 | 3711-000 | | 2,250.00 | 68,908.87 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 18.14 | 68,890.73 |
| 05/11/16 | 001003 | JP MORGAN CHASE BANK, N.A. National Subpoena Processing Mail Code IN1-4054 7610 West Washington Street Indianapolis, Indiana 46231 | SUBPOENA FEE CASE ID: SB716859-11 | 2990-000 | | 250.63 | 68,640.10 |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 100.13 | 68,539.97 |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 101.90 | 68,438.07 |
| 06/29/16 | 001004 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND PREMIUM #016030120 6/19/16-6/19/17 | 2300-000 | | 27.49 | 68,410.58 |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 98.30 | 68,312.28 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 101.37 | 68,210.91 |

Page Subtotals 71,209.87 2,998.96

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-13010 -DSJ | | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******0775 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5488 | | | |
| For Period Ending: | 11/03/21 | | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 101.22 | 68,109.69 |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 97.82 | 68,011.87 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 100.92 | 67,910.95 |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 97.53 | 67,813.42 |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 100.64 | 67,712.78 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 100.76 | 67,612.02 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 90.89 | 67,521.13 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 100.47 | 67,420.66 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 97.09 | 67,323.57 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 100.17 | 67,223.40 |
| 07/13/17 | 001005 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND 6/19/17-6/19/18 - BOND #016030120 | 2300-000 | | 34.65 | 67,188.75 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 96.81 | 67,091.94 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 99.86 | 66,992.08 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 99.68 | 66,892.40 |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 96.33 | 66,796.07 |
| 11/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 99.39 | 66,696.68 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 96.06 | 66,600.62 |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 99.10 | 66,501.52 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 98.95 | 66,402.57 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 89.26 | 66,313.31 |
| 03/29/18 | 6 | OWN FLOORING CORPORATION | 1ST OF 3 SETTLEMENT INSTALLMENTS - TRIBECA FLOORING ADV. PRO. #17-01195 | 1241-000 | 2,000.00 | | 68,313.31 |
| 04/25/18 | 6 | NEW YORK COMMUNITY TRUST | SETTLEMENT PAYMENT - NY COMMUNITY BANK ADV. PRO. NO. 17-01200 [SMB] | 1241-000 | 48,500.00 | | 116,813.31 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 98.86 | 116,714.45 |
| 05/01/18 | 6 | OWN FLOORING CORP. | 2ND OF 3 INSTALLMENTS - TRIBECA FLO | 1241-000 | 1,000.00 | | 117,714.45 |

Page Subtotals 51,500.00 1,996.46

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 15-13010 -DSJ | | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******0775 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5488 | | | |
| For Period Ending: | 11/03/21 | | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/18 | 6 | 4199 CRYSTAL II RESTAURANT CORP. | ORING ADV. PRO. #17-01195 SETTLEMENT PAYMENT 4199 CRYSTAL REST. ADV. PRO. NO. 17-01197 | 1241-000 | 14,500.00 | | 132,214.45 |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 107.53 | 132,106.92 |
| 06/04/18 | 6 | OWN FLOORING CORPORATION | 3RD OF 3 SETTLEMENT INSTALLMENTS - TRIBECA FLOORING ADV. PRO. NO. 17-01195 | 1241-000 | 1,000.00 | | 133,106.92 |
| 06/06/18 | 6 | JSR CAPITAL LLC | JSR SETTLEMENT INSTALLMENT PER 5/22/18 ORDER | 1241-000 | 100,000.00 | | 233,106.92 |
| 06/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 187.39 | 232,919.53 |
| 07/16/18 | 001006 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND NO. 016030120 6/19/18-6/19/19 | 2300-000 | | 64.10 | 232,855.43 |
| 07/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 306.28 | 232,549.15 |
| 08/27/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 346.04 | 232,203.11 |
| 09/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 345.55 | 231,857.56 |
| 09/27/18 | 6 | JSR CAPITAL LLC | JSR SETTLEMENT INSTALLMENT PER 5/22/18 ORDER | 1241-000 | 100,000.00 | | 331,857.56 |
| 10/10/18 | 001007 | KAPLAN LEAMAN & WOLFE COURT REPORTERS | TRANSCRIPT FEE FOR PERALTA DEPOSITION/INVOICE #129445KJ | 2990-000 | | 459.75 | 331,397.81 |
| 10/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 333.89 | 331,063.92 |
| 11/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 454.46 | 330,609.46 |
| 12/14/18 | 6 | DIVINE HEALTH PRODUCTS | SETTLEMENT PAYMENT - DIVINE HEALTH ADV. PRO. 17-01198 [SMB] | 1241-000 | 2,000.00 | | 332,609.46 |
| 12/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 476.08 | 332,133.38 |
| 01/03/19 | 6 | GERALD LIEBMAN | SETTLEMENT PAYMENT PER 12/7/18 ORDER APPROVING SETTLEMENT, ADV. PRO. NOS. 17-0128 [SMB] AND 17-0121 [SMB] | 1241-000 | 124,000.00 | | 456,133.38 |

Page Subtotals 341,500.00 3,081.07

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-13010 -DSJ | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0775 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5488 | | |
| For Period Ending: | 11/03/21 | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 492.69 | 455,640.69 |
| 02/05/19 | 6 | JSR CAPITAL | SETTLEMENT INSTALLMENT JSR PER 5/22/18 ORDER | 1241-000 | 75,000.00 | | 530,640.69 |
| 02/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 659.95 | 529,980.74 |
| 02/28/19 | 6 | JSR CAPITAL LLC | SETTLEMENT INSTALLMENT, JSR, PER 5/22/18 ORDER | 1241-000 | 75,000.00 | | 604,980.74 |
| 03/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 694.26 | 604,286.48 |
| 04/10/19 | 6 | BANK OF HOPE | SETTLEMENT | 1241-000 | 10,000.00 | | 614,286.48 |
| 04/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 898.95 | 613,387.53 |
| 05/28/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 878.51 | 612,509.02 |
| 06/11/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 612,509.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 624,209.87 | 624,209.87 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 612,509.02 | |
| Subtotal | 624,209.87 | 11,700.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 624,209.87 | 11,700.85 | |

Page Subtotals 160,000.00 616,133.38

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-13010 -DSJ | | Trustee Name: | Albert Togut, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | WEST 125TH STREET LIQUORS | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0076 Checking Account |
| Taxpayer ID No: | *******5488 | | | |
| For Period Ending: | 11/03/21 | | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 612,509.02 | | 612,509.02 |
| 06/26/19 | 002001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND #016030120 | 2300-000 | | 284.67 | 612,224.35 |
| 06/16/20 | 002002 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | BOND #016030120 6/19/20-6/19/21 | 2300-000 | | 289.04 | 611,935.31 |
| 03/24/21 | 002003 | Albert Togut, Trustee One Penn Plaza Suite 3335 New York, NY 10119 | Chapter 7 Compensation/Fees | 2100-000 | | 34,460.49 | 577,474.82 |
| 03/24/21 | 002004 | CLERK, US BANKRUPTCY COURT SDNY | FINAL DISTRIBUTION PER 3/22/21 ORDER | 2700-000 | | 8,050.00 | 569,424.82 |
| 03/24/21 | 002005 | UNITED STATES TRUSTEE | FINAL DISTRIBUTION PER 3/22/21 ORDER | 2950-000 | | 650.00 | 568,774.82 |
| 03/24/21 | 002006 | TOGUT, SEGAL & SEGAL LLP | FINAL DISTRIBUTION PER 3/22/21 ORDER | | | 319,452.30 | 249,322.52 |
| | | | Fees        304,561.50 | 3110-000 | | | |
| | | | Expenses     14,890.80 | 3120-000 | | | |
| 03/24/21 | 002007 | PLOTZKER & AGARWAL CPAS, LLC | FINAL DISTRIBUTION PER 3/22/21 ORDER | | | 149,427.77 | 99,894.75 |
| | | | Fees        143,869.95 | 3310-000 | | | |
| | | | Expenses      5,557.82 | 3320-000 | | | |
| 03/24/21 | 002008 | Consolidated Edison Company of New York, Inc. 4 Irving Place, Room 1875-S New York, New York 10003 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 2420-000 | | 1,905.12 | 97,989.63 |

Page Subtotals      612,509.02      514,519.39

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 15-13010 -DSJ | | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0076  Checking Account |
| Taxpayer ID No: | *******5488 | | | |
| For Period Ending: | 11/03/21 | | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/24/21 | 002009 | Attn: Bankruptcy Group<br>New York State Department of Taxation and Finance,<br>Bankruptcy/Special Procedures<br>P.O. Box 5300<br>Albany, New York 12205-0300 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 6820-000 | | 1,441.12 | 96,548.51 |
| 03/24/21 | 002010 | NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 5800-000 | | 26,034.14 | 70,514.37 |
| 03/24/21 | 002011 | NYC DEPARTMENT OF FINANCE<br>BANKUPTCY AND ASSIGNMENT UNIT<br>345 ADAMS STREET, 10TH FLOOR<br>BROOKLYN, NEW YORK 11201<br>ATTENTION:YEHUDA MILLER-BANKRUPTCY UNIT | FINAL DISTRIBUTION PER 3/22/21 ORDER | 5800-000 | | 3,149.34 | 67,365.03 |
| * 03/24/21 | 002012 | JESUS M. GONZALEZ<br>C/O FRANCISCO A. KNIPPING, ESQ.<br>327 AUDUBON AVENUE<br>NEW YORK, NEW YORK  10033 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-004 | | 19,478.06 | 47,886.97 |
| * 03/24/21 | 002013 | JOSE A. TINEO<br>C/O JAIME RAMIREZ, ESQ.<br>3058 CROSS BRONX EXPRESSWAY, SUITE 1<br>BRONX, NEW YORK  10465 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-004 | | 19,599.05 | 28,287.92 |
| 03/24/21 | 002014 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-000 | | 230.78 | 28,057.14 |
| 03/24/21 | 002015 | NYS DEPT OF TAX & FINANCE | FINAL DISTRIBUTION PER 3/22/21 | 7100-000 | | 299.68 | 27,757.46 |

Page Subtotals      0.00      70,232.17

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2     Page: 7
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 15-13010 -DSJ | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0076 Checking Account |
| Taxpayer ID No: | *******5488 | | |
| For Period Ending: | 11/03/21 | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | ORDER | | | | |
| 03/24/21 | 002016 | EMPIRE MERCHANTS LLC<br>16 BRIDGEWATER STREET<br>BROOKLYN, NEW YORK 11222 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-000 | | 706.06 | 27,051.40 |
| 03/24/21 | 002017 | Southern Glazer's Wine and Spirits of New York,LLC<br>c/o Bond, Schoeneck & King, PLLC<br>Attn: James P. Wright, Esq.<br>One Lincoln Center<br>Syracuse, NY 13202 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-000 | | 5,834.76 | 21,216.64 |
| 03/24/21 | 002018 | 560 West 125 LLC<br>c/o Andrew M. Shey<br>6132 Riverdale Avenue<br>Bronx, NY 10471 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-000 | | 21,216.64 | 0.00 |
| * 06/28/21 | 002012 | JESUS M. GONZALEZ<br>C/O FRANCISCO A. KNIPPING, ESQ.<br>327 AUDUBON AVENUE<br>NEW YORK, NEW YORK 10033 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -19,478.06 | 19,478.06 |
| * 06/29/21 | 002019 | JESUS M. GONZALEZ<br>25 SICKLES STREET, APT. 5B<br>NEW YORK, NY 10040 | FINAL DISTRIBUTION PER 3/22/21 ORDER | 7100-004 | | 19,478.06 | 0.00 |
| * 06/30/21 | 002013 | JOSE A. TINEO<br>C/O JAIME RAMIREZ, ESQ.<br>3058 CROSS BRONX EXPRESSWAY, SUITE 1<br>BRONX, NEW YORK 10465 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -19,599.05 | 19,599.05 |
| 08/03/21 | 002020 | JOSE A. TINEO<br>C/O JAIME RAMIREZ, ESQ.<br>3058 CROSS BRONX EXPRESSWAY, SUITE 1 | REPLACEMENT FOR CHECK NO. 2013<br>PER CLAIMANT 8/2/21 WRITTEN REQUEST | 7100-000 | | 19,599.05 | 0.00 |

Page Subtotals     0.00     27,757.46

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 8

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-13010 -DSJ | | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|---|
| Case Name: | WEST 125TH STREET LIQUORS | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0076  Checking Account |
| Taxpayer ID No: | *******5488 | | | |
| For Period Ending: | 11/03/21 | | Blanket Bond (per case limit): | $ 98,755,305.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/07/21 | 002019 | BRONX, NEW YORK  10465<br>JESUS M. GONZALEZ<br>25 SICKLES STREET, APT. 5B | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -19,478.06 | 19,478.06 |
| 09/26/21 | 002021 | NEW YORK, NY  10040<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York  10004-1408 | UNCLAIMED DIVIDENDS<br>FINAL DISTRIBUTION | 7100-001 | | 19,478.06 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 612,509.02 | 612,509.02 | 0.00 |
| Less:  Bank Transfers/CD's | 612,509.02 | 0.00 | |
| Subtotal | 0.00 | 612,509.02 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 612,509.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Checking Account (Non-Interest Earn - ********0775 | 624,209.87 | 11,700.85 | 0.00 |
| Checking Account - ********0076 | 0.00 | 612,509.02 | 0.00 |
| | 624,209.87 | 624,209.87 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 22.03e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*